HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDRA SCHMID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNI

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00042-SAB |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE ORDER |
| vs. | |
| SANDRA SCHMID, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorneys Jeffrey Spivak and William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Sandra Schmid, that the briefing schedule be extended. Specifically, that the deadlines currently set for September 26, 2019 and October 10, 2019 be extended to September 30, 2019 and October, 14, 2019, respectively. The parties request that the status conference currently set for October 17, 2019, remain as scheduled. Defense counsel requests this short extension in order to conduct additional research, complete investigation, and consult with colleagues at the Office of the Federal Defender.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: September 26, 2019  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 26, 2019  /s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
SANDRA SCHMID

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the briefing schedule be extended by four day as to initial motions only. Affirmative motions will be filed on or by September 30, 2019. Any responsive motions will be filed on or by October 10, 2019. The motion hearing will remain scheduled for October 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 27, 2019**

UNITED STATES MAGISTRATE JUDGE