# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA SCHMID,<br><br>    Defendant. | Case No. 1:19-mj-00042-SAB<br><br>ORDER REQUIRING THE UNITED STATES TO SHOW CAUSE WHY DEFENDANT'S MOTIONS SHOULD NOT BE GRANTED AS UNOPPOSED<br><br>DEADLINE: OCTOBER 11, 2019<br><br>(ECF Nos. 10, 12, 13, 14) |

On February 20, 2019, Defendant Sandra Carmela Schmid was charged by complaint with multiple criminal violations stemming from an incident that is alleged to have occurred on January 5, 2019, near the Kings Canyon National Park's entrance gates. (Compl., ECF No. 1.) On July 18, 2019, the Court held a status hearing at which the Court set a trial confirmation hearing for October 17, 2019, a bench trial date of October 30, 2019, and ordered motions *in limine* to be filed by September 26, 2019, with responses due October 10, 2019. (ECF No. 10.) On September 27, 2019, pursuant to the stipulation of the parties, the Court extended the motion *in limine* briefing schedule to allow any motions to be filed on or before September 30, 2019, and while the stipulation requested a date of October 14, 2019, for filing responses, the Court declined to change the response deadline of October 10, 2019 for any responses. (ECF No. 12.) On September 30, 2019, Defendant filed a motion to suppress evidence and motions *in limine*.

(ECF Nos. 13, 14.)  The Government's deadline of October 10, 2019, to file any responses to Defendant's motions has now passed and the Government has not filed any response.

Accordingly, IT IS HEREBY ORDERED that the Government shall respond in writing by today, October 11, 2019, showing cause as to why Defendant's motions *in limine* and motion to suppress should not be granted as unopposed.

IT IS SO ORDERED.

Dated:   **October 11, 2019**

_____
UNITED STATES MAGISTRATE JUDGE