# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA SCHMID,<br><br>    Defendant. | Case No. 1:19-mj-00042-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 15) |

On February 20, 2019, Defendant Sandra Carmela Schmid was charged by complaint with multiple criminal violations stemming from an incident that is alleged to have occurred on January 5, 2019, near the Kings Canyon National Park's entrance gates. (Compl., ECF No. 1.) On September 30, 2019, Defendant filed a motion to suppress evidence and motions *in limine*. (ECF Nos. 13, 14.) The Government's deadline of October 10, 2019, to file any responses to Defendant's motions passed and the Government did not file any response. On October 11, 2019, the Court issued an order requiring the Government to show cause as to why Defendant's motions *in limine* and motion to suppress should not be granted as unopposed. (ECF No. 15.) On October 11, 2019, the Government filed a motion to dismiss this action. (ECF No. 16.) The Government states that upon review of the pretrial motions filed by Defendant, the Court's order to show cause regarding the Government's failure to file a response by the deadline, as well as all of the facts of the case and applicable legal standards, the Government has determined to

1

move to dismiss the case in the interest of justice. (Id.)

Based on the Government's motion to dismiss this action, the order to show cause filed October 11, 2019 (ECF No. 15), is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**October 11, 2019**__

UNITED STATES MAGISTRATE JUDGE