| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-mj-42-SAB |
| Plaintiff, | ) | |
| v. | ) | MOTION AND ORDER FOR DISMISSAL |
| SANDRA SCHMID, | ) | |
| Defendant. | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, has reviewed the pretrial motions filed by Defendant Sandra Schmid on September 30, 2019, and the Court's Order entered today regarding the government's failure to file a response by the deadline of October 10, 2019.

///
///
///
///
///
///
///
///

1

After reviewing the defendant's motions, researching the facts of this case and applicable legal standards, and consulting with the supervisor of the misdemeanor unit, the United States has determined to move to dismiss this case in the interest of justice. Thus, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss this case in the interest of justice.

DATED: October 11, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: **October 11, 2019**

UNITED STATES MAGISTRATE JUDGE